RECEIVED
DEC 22 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED
JAN - 2 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

**IKON OFFICE SOLUTIONS, INC.**

**Plaintiff,**

**v.** **No. 4:00CV00418CDP**

**JAMES SHERIDAN,**

**Defendant.**

So Ordered
Catherine D. Perry
1/2/01

## STIPULATION FOR DISMISSAL

1. Plaintiff, IKON Office Solutions, Inc., by its undersigned attorneys, and Defendant, James Sheridan, by his undersigned attorneys, hereby submit the following Stipulation, pursuant to Fed.R.Civ.P. 41 (a)(2), for entry of an Order dismissing this action with prejudice, in the form submitted herewith, with each party to bear its own costs.

2. The parties have concluded a settlement of their dispute. In accordance with the terms of the parties' settlement, the parties request dismissal of this action with prejudice, with each party to bear its or his own costs.

27

3. Accordingly, the parties, by the signatures of their counsel hereinbelow, hereby request at this time that this Honorable Court dismiss the above action with prejudice and enter the Order to which the parties have agreed in the form submitted herewith.

Respectfully submitted,

Thomas Loder, Esquire
Duane, Morris & Heckscher
One Liberty Place
Philadelphia, PA 19103

Attorneys for Plaintiff
IKON Office Solutions, Inc.

Scott Levine, Esquire
Newman, Freyman, Klein & Gamache, P.C.
7777 Bonhomme Avenue, 24th Floor
St. Louis, MO 63105

Attorneys for Defendant
James Sheridan

PH2\541071.1

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 01/03/01 by tcorley

4:00cv418 IKON Office Solution vs Sheridan

28:1332 Diversity-Other Contract

| | |
|---|---|
| James Hetlage - 3391 | Fax: 314-621-6844 |
| Mayer Klein - 3572 | Fax: 314-727-9246 |
| Carolyn Kopsky - 3594 | Fax: 314-621-6844 |
| Scott Levine - 70242 | Fax: 314-727-9246 |
| Thomas Loder - | Fax: 215-979-1020 |

SCANNED & FAXED BY:
JAN - 3 2001
DJO